KEITH A. PITT, OSB No. 973725
keith@slindenelson.com
NICHOLAS J. SLINDE, OSB No. 003900
nick@slindenelson.com
PHIL J. NELSON, OSB No. 013650
phil@slindenelson.com
SLINDE NELSON STANFORD
111 SW Fifth Avenue, Suite 1940
Portland, OR  97204
Telephone:  (503) 417-7777
Fax:  (503) 417-4250
    *Of Attorneys for Defendant Walker Place, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| ROSS DRESS FOR LESS, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>v.<br><br>MAKARIOS-OREGON, LLC, an Oregon limited liability company; and WALKER PLACE, LLC, an Oregon limited liability company,<br><br>          Defendants, | Case No. 3:14-cv-01971<br><br>**DECLARATION OF KEITH A. PITT IN SUPPORT OF WALKER PLACE LLC'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW** |

I, Keith A. Pitt, state as follows:

1.      I am one of the attorneys for Defendant Walker Place, LLC.  I make this declaration based on facts known to me.  I am over the age of 18 and competent to testify herein.

2.      This Declaration is submitted in support of Defendant Walker Place, LLC's Motion for Partial Summary Judgment and Supporting Memorandum of Law.

**Page 1 – DECLARATION OF KEITH A. PITT IN SUPPORT OF WALKER PLACE'S SUPPORTING MEMORANDUM OF LAW IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

**SLINDE NELSON STANFORD**
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204
p. 503.417.7777; f. 503.417.4250

3.      Attached hereto as Exhibit A  and incorporated herein are true and correct copies of pertinent pages of the deposition of John Haskins, Vol. II, taken on October 21, 2015.

4.      Attached hereto as Exhibit B  and incorporated herein is a true and correct copy of the 1996 Ross renovation drawings.

5.      Attached hereto as Exhibit C  and incorporated herein is a true and correct copy of Waterleaf Report dated November 9, 2010 (sic), Memorandum dated November 8, 2015, and Rebuttal Report dated December 9, 2015.

6.      Attached hereto as Exhibit D  and incorporated herein are true and correct copies of pertinent pages of the deposition of Gregg McGillis, taken on June 17, 2015.

7.      Attached hereto as Exhibit E  and incorporated herein are true and correct copies of pertinent pages of the deposition of Brian Bowles, taken on January 22, 2016.

8.      Attached hereto as Exhibit F  and incorporated herein is a true and correct copy of the 1996 Sixth Amendment to Lease.

9.      Attached hereto as Exhibit G  and incorporated herein is a true and correct copy of the 1956 Failing Building Lease.

10.      Attached hereto as Exhibit H  and incorporated herein is a true and correct copy of Michael Heerman's Expert report dated November 6, 2015.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 1st day of February 2016.

SLINDE NELSON STANFORD

By:___/ s /  Keith A. Pitt_____
       Keith A. Pitt, OSB No. 973725
       *Of Attorneys for Walker Place, LLC*

**Page 2 – DECLARATION OF KEITH A. PITT IN SUPPORT OF WALKER PLACE'S SUPPORTING MEMORANDUM OF LAW IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

SLINDE NELSON STANFORD
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204
p. 503.417.7777; f. 503.417.4250

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DECLARATION OF KEITH A. PITT IN SUPPORT OF WALKER PLACE LLC'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM OF LAW** on:

Thomas V. Dulcich                         Gregory D. Call *(Pro Hac Vice)*
Rebecca Boyette                           Tracy E. Reichmuth *(Pro Hac Vice)*
Schwabe Williamson & Wyatt PC             Crowell & Moring LLP
1211 SW Fifth Avenue, Suite 1900          275 Battery Street, 23rd Floor
Portland, OR 97204                        San Francisco, CA 94111
Tele: 503-222-9981                        Tele: 415-986-2800
Fax: 503-796-2900                         Fax: 415-986-2827
*Of Attorneys for Ross Dress For Less, Inc.*   *Of Attorneys for Ross Dress For Less, Inc.*

Lisa A. Kaner
Jeffrey M. Edelson
Molly K. Honore
Markowitz Herbold PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
Tele: 503-295-3085
Fax: 503-323-9105
*Of Attorneys MAKARIOS-OREGON, LLC*

by the following indicated method(s):

☐    by **faxing** full, true, and correct copies thereof to said attorney to the fax number noted above, which is the last known fax number for said attorney, on the date set forth below.

☐    by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☒    by notice of electronic filing using the CM/ECF system.

☐    by causing full, true and correct copies thereof to be **mailed** to the attorney(s) at the attorney(s) last-known office address(es) listed above on the date set forth below.

DATED: February 1, 2016.                  SLINDE NELSON STANFORD

                                          By:    */ s / Keith A. Pitt*
                                          Keith A. Pitt, OSB No. 973725
                                          *Of Attorneys for Defendant Walker Place, LLC*

**PAGE 1 – CERTIFICATE OF SERVICE**